ACCEPTED
05-17-00084-cv
FIFTH COURT OF APPEALS
DALLAS, TEXAS
1/30/2018 3:41 PM
LISA MATZ
CLERK

**APPEAL NO. 05-17-00084-CV**

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

01/30/2018 3:41:12 PM

LISA MATZ
Clerk

## IN THE COURT OF APPEALS
## FIFTH APPELLATE DISTRICT
## DALLAS, TEXAS

**PARDEEP GARCHA, CHAMBAL TRUCK AND SERVICE, LLC AND**

**GARCHA TRUCK AND TRAILER SERVICE CENTER, INC.,**

**Appellants,**

**v.**

**HARDIAL CHATHA,**

**Appellee.**

## APPELLEE'S PLEA IN ABATEMENT

TO THE HONORABLE COURT:

COMES NOW Appellee Hardial Chatha ("Appellee") and files Appellee's

Plea in Abatement and in support thereof respectfully avers as follows:

1.     On October 31, 2017, the Court sent a letter indicating that the case

would be submitted for disposition on January 23, 2018, without oral argument

(the "Court's October 31, 2017 Letter"). The Court's October 31, 2017 Letter is attached hereto as Exhibit "A".

2.  By letter dated January 25, 2018, the Court sent a letter addressed to the Appellant (the "Court's January 25, 2018 Letter") stating that the Court may not have jurisdiction over this appeal. The Court's January 25, 2018 Letter is attached hereto as Exhibit "B". The parties were given briefing deadlines and Appellee has since determined that under prevailing authority, the Final Judgment is likely not final because the Final Judgment failed to dispose of all of the claims asserted by Appellee against Appellant. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191 (Tex. 2001).

3.  Based upon the foregoing, Appellee therefore requests that pursuant to Tex. R. App. P. 27.2, the Court abate this appeal so that Appellee may finalize proceedings in the Trial Court by filing a motion to nonsuit the remaining claims which are not part of the Final Judgment. In accordance with Tex. R. App. P. 27.2. *See Stephens McNally v. Joseph Guevara and Maria Trevino,* 52 S.W.3d 195 (Tex. 2001). Appellee intends to thereafter request a supplemental transcript containing both the Motion for Nonsuit and Order of Dismissal of the additional claims, in accordance with the Court's January 25, 2018 Letter.

WHEREFORE PREMISES CONSIDERED Appellee therefore requests that the Honorable Court abate this appeal in order to allow Appellee to dismiss the

additional claims asserted against Appellant and obtain a Final Judgment and to thereafter request a Supplemental Transcript containing the Motion and Order and for such other and further relief to which Appellee may show himself justly entitled, either at law or in equity.

Respectfully submitted,

MARK FRELS, ATTORNEY AT LAW
A Professional Corporation

By: _/s/ Mark Frels_____
     MARK FRELS
     State Bar No. 07438200
2027 Young Street
Dallas, Texas 75201
Telephone:  214-720-2220
Facsimile:   214-720-2240
ATTORNEY FOR APPELLEE

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the foregoing instrument is being forwarded to opposing counsel by electronic service and/or electronic mail on the 30th day of January 2018:

Bilal A. Khaleeq                           **Via efile.txcourts.gov**
Texas Bar No. 24091271           **and Email bilal@boldlegal.com**
Khaleeq Law Firm, PLLC
13111 N. Central Expressway, Suite 450
Dallas, Texas 75243
(214) 453-2500
(402) 933-3296 FAX

# EXHIBIT "A"

FILE COPY



CHIEF JUSTICE
  CAROLYN WRIGHT

JUSTICES
  DAVID L. BRIDGES
  MOLLY FRANCIS
  DOUGLAS S. LANG
  ELIZABETH LANG-MIERS
  ROBERT M. FILLMORE
  LANA MYERS
  DAVID EVANS
  ADA BROWN
  CRAIG STODDART
  BILL WHITEHILL
  DAVID J. SCHENCK
  JASON BOATRIGHT

**Court of Appeals**
**Fifth District of Texas at Dallas**

600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
theclerk@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
WWW.TXCOURTS.GOV/5THCOA.ASPX

October 31, 2017

Bilal Khaleeq
Khaleeq Law Firm, PLLC
13111 N Central Expressway Suite 450
Dallas, TX 75243
* DELIVERED VIA E-MAIL *

Courtney Claire Blankenship
Khaleeq Law Firm, PLLC
13111 N. Central Expressway
Suite 320
Dallas, TX 75243
* DELIVERED VIA E-MAIL *

Mark Frels
How, Frels, Rohde, Woods & Duke, P.C.
2027 Young St.
Dallas, TX 75201
* DELIVERED VIA E-MAIL *

RE:   Court of Appeals Number:   05-17-00084-CV
      Trial Court Case Number:   CC-16-01182-B

Style:  Pardeep Garcha, Chambal Truck and Service Center, LLC and Garcha Truck and Trailer
        Service Center, Inc.
        v. Hardial Chatha

The Court has determined that oral argument will not significantly aid it in determining the legal and factual issues presented in the appeal. Accordingly, the appeal will be submitted without oral argument on January 23, 2018 to a panel consisting of Justice Bridges, Justice Myers and Justice Schenck, subject to change by the Court. See Tex. R. App. P. 39.8.

Respectfully,

/s/ Lisa Matz, Clerk of the Court

# EXHIBIT "B"

CHIEF JUSTICE
  CAROLYN WRIGHT

JUSTICES
  DAVID L. BRIDGES
  MOLLY FRANCIS
  DOUGLAS S. LANG
  ELIZABETH LANG-MIERS
  ROBERT M. FILLMORE
  LANA MYERS
  DAVID EVANS
  ADA BROWN
  CRAIG STODDART
  BILL WHITEHILL
  DAVID J. SCHENCK
  JASON BOATRIGHT

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
theclerk@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
WWW.TXCOURTS.GOV/5THCOA.ASPX



**Court of Appeals**
**Fifth District of Texas at Dallas**

600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

January 25, 2018

Bilal Khaleeq
Khaleeq Law Firm, PLLC
13111 N Central Expressway Suite 450
Dallas, TX 75243
* DELIVERED VIA E-MAIL *

Courtney Claire Blankenship
Khaleeq Law Firm, PLLC
13111 N. Central Expressway Suite 320
Dallas, TX 75243
* DELIVERED VIA E-MAIL *

Mark Frels
How, Frels, Rohde, Woods & Duke, P.C.
2027 Young St.
Dallas, TX 75201
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:    05-17-00084-CV
         Trial Court Case Number:    CC-16-01182-B

Style:  Pardeep Garcha, Chambal Truck and Service Center, LLC and Garcha Truck and Trailer
      Service Center, Inc.
      v.
      Hardial Chatha

Dear Counsel:

This Court has reviewed the clerk's record and has a question concerning its jurisdiction over this appeal. Generally, this Court has jurisdiction only over appeals from final judgments and certain interlocutory orders as permitted by statute. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). A final judgment is one that disposes of all pending parties and claims. *See id.*

Appellee's Original Petition alleged claims for breach of contract, conversion, fraud, and violation of the Theft Liability Act. Appellee's motion for summary judgment sought judgment on only the claim for breach of contract.

So that the Court may determine its jurisdiction over the appeal, appellants are requested to file, no later than **February 5, 2018**, a jurisdictional letter brief of no more than 3 pages explaining

how this Court has jurisdiction over this appeal. Appellee may file a responsive letter brief of no more than 3 pages within 7 days of appellants' brief. If any party will be relying on information not in the record before this Court, that party must obtain a supplemental clerk's record from the trial court containing that information.

We notify the parties that this appeal will be dismissed if this Court lacks jurisdiction. *See* TEX. R. APP. P. 42.3(a).

Respectfully,

/s/ Lisa Matz, Clerk of the Court

LM/rn